**United States District Court**
**District of Massachusetts**

```
_____
                               )
Segundo Santiago Zamora Quizhpi,)
                               )
        Petitioner,            )
                               )
    v.                         )   Civil Action No.
                               )   26-12875-NMG
Antone Moniz, et al.,          )
                               )
        Respondents.           )
_____)
```

**ORDER**

GORTON, J.

Petitioner has filed a motion to enforce this Court's order that he be provided a constitutionally sufficient bond hearing to determine whether his continued detention is warranted within seven days. Respondents are to show cause, before the end of business on Friday, July 10, 2026, why petitioner should not be released forthwith.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: July 9 , 2026

-1-