United States District Court
District of Massachusetts

```
                                 )
Segundo Santiago Zamora Quizhpi, )
                                 )
        Petitioner,              )
                                 )
        v.                       )     Civil Action No.
                                 )     26-12875-NMG
Antone Moniz, et al.,            )
                                 )
        Respondents.             )
                                 )
```

**ORDER**

**GORTON, J.**

Having reviewed the Response to the Order to Show Cause and accompanying exhibit (Docket Nos. 10 and 11) and the Status Report and Supplement in Further Support of the Motion to Enforce (Docket No. 12), the Court accepts the government's explanation for the delay in scheduling petitioner's bond hearing.

Because petitioner ultimately received a bond hearing, albeit one day later than ordered by the Court, and because the delay was caused by an error and not willful, the Motion to Enforce (Docket No. 8) is **DENIED**.  The Court finds

that release without the necessity of posting bond is not

warranted in this circumstance.


**So ordered.**


_Nathaniel M. Gorton_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: July 16 , 2026